IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT RAY, II                                                                   PLAINTIFF

vs.                                    NO. 4:06CV001779BSM

VERNON BLOCKER, ET AL.                                          DEFENDANTS

## ORDER

Pursuant to Plaintiff's motion, Plaintiff's claims against Defendant Scott Hicks are hereby dismissed with prejudice and Defendant Hicks is hereby dismissed from this action.

IT IS SO ORDERED this 20th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE