IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT RAY, II                                                                                      PLAINTIFF

Vs                        CASE NO.: 4:06CV00779 BSM

VERNON BLOCKER, et al                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the verdict returned by the jury on August 20, 2008 in favor of the defendants against the plaintiff, following three days of trial;

IT IS ORDERED, ADJUDGED AND DECREED that, on all claims, judgment is rendered for defendants and plaintiff's claims are dismissed with prejudice.

DATED THIS 22nd day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE